1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| JENNIFER KERR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:17-cv-5063 |
| | ) | |
| ALPHA RECOVERY CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S COMPLAINT

Plaintiff, JENNIFER KERR ("Plaintiff"), through his attorney, SHARON D. COUSINEAU, alleges the following against Defendant, ALPHA RECOVERY CORPORATION ("Defendant"):

### INTRODUCTION

1.  Plaintiff's Complaint is based on the Fair Debt Collection Practices Act 15 U.S.C. 1692, *et seq.* ("FDCPA").

### JURISDICTION AND VENUE

2.  This Court has jurisdiction under 28 U.S.C. §§ 1331 and 15 U.S.C. §1692k

PLAINTIFF'S COMPLAINT

Sharon D. Cousineau
Samwel Cousineau, PC
700 West Evergreen Boulevard
Vancouver, Washington 98660
Tel. 360-750-3789 / Fax 360-750-3788

3. Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Venue and personal jurisdiction in this District are proper because Defendant does or transacts business within this District, and a material portion of the events at issue occurred in this District.

## PARTIES

5. Plaintiff is a natural person residing in Richland, Benton County, Washington

6. Plaintiff is a consumer as that term is defined by the FDCPA.

7. Plaintiff allegedly owes a debt as that term is defined by the FDCPA.

8. Defendant is a debt collector as that term is defined by the FDCPA.

9. Within the last year, Defendant attempted to collect a consumer debt from Plaintiff.

10. Defendant is a collection agency headquartered in Greenwood Village, Colorado.

11. Defendant's business includes, but is not limited to, collecting on unpaid, outstanding account balances.

12. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

13. During the course of its attempts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence, via the mail and/or electronic mail, and initiates contact with alleged debtors via various means of telecommunication, such as by telephone and facsimile.

14. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

PLAINTIFF'S COMPLAINT

2

## FACTUAL ALLEGATIONS

15. Defendant is attempting to collect an alleged consumer debt from Plaintiff originally owed to LendingClub Corporation, account number ending in 0798.

16. The alleged debt at issue arises from transactions for personal, family, and household purposes.

17. In or around March 2017, Defendant began calling Plaintiff on Plaintiff's cellular telephone, ending in 0119.

18. Defendant calls Plaintiff from the following telephone numbers: 509-590-4306, 720-509-2118, and 720-509-2125.

19. The following telephone numbers are three of Defendant's telephone numbers: 509-590-4306, 720-509-2118, and 720-509-2125.

20. On or about March 13, 2017, Plaintiff answered one of Defendant's phone calls and spoke with a female representative, Rebecca.

21. During the aforementioned conversation, Defendant demanded payment from Plaintiff.

22. During the aforementioned conversation, Plaintiff agreed to a payment arrangement, and would call Defendant back to make the payments.

23. On or about March 31, 2017, Defendant's representative, Rebecca, again called Plaintiff and demanded payment.

24. During this conversation, Plaintiff stated that she needed to change the payment arrangement.

25. In response, Rebecca told Plaintiff that she would file fraud charges against Plaintiff, would get a lien against Plaintiff's house, and would call Plaintiff's husband's place of employment.

PLAINTIFF'S COMPLAINT

Sharon D. Cousineau
Samwel Cousineau, PC
700 West Evergreen Boulevard
Vancouver, Washington 98660
Tel. 360-750-3789 / Fax 360-750-3788

26. The natural consequences of Defendant's statements and actions was to unjustly condemn and vilify Plaintiff for her non-payment of the debt she allegedly owes.

27. The natural consequences of Defendant's statements and actions was to produce an unpleasant and/or hostile situation between Defendant and Plaintiff.

28. The natural consequences of Defendant's statements and actions was to cause Plaintiff mental distress.

**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

29. Defendant violated the FDCPA based on the following:

a. Defendant violated §1692e of the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of any debt, when Defendant's representative Rebecca told Plaintiff that Defendant would file fraud charges against Plaintiff and would get a lien against Plaintiff's house;

b. Defendant violated §1692e(4) of the FDCPA by representing or implying that nonpayment of any debt will result in the attachment of any property, when Defendant's representative Rebecca told Plaintiff that Defendant would file fraud charges against Plaintiff and would get a lien against Plaintiff's house;

c. Defendant violated §1692e(5) of the FDCPA by threatening to take any action that cannot be legally taken, when Defendant's representative Rebecca told Plaintiff that Defendant would file fraud charges against Plaintiff; and

d. Defendant violated §1692e(10) of the FDCPA by using false representation or deceptive means to collect or attempt to collect any debt, when Defendant's representative Rebecca told Plaintiff that Defendant would file fraud charges against Plaintiff and would get a lien against Plaintiff's house.

PLAINTIFF'S COMPLAINT

Sharon D. Cousineau
Samwel Cousineau, PC
700 West Evergreen Boulevard
Vancouver, Washington 98660
Tel. 360-750-3789 / Fax 360-750-3788

WHEREFORE, Plaintiff, JENNIFER KERR, respectfully requests judgment be entered against Defendant, ALPHA RECOVERY CORPORATION, for the following:

30. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

31. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

32. Any other relief that this Honorable Court deems appropriate.

DATED:  May 11, 2017                    RESPECTFULLY SUBMITTED,

                                        By: /s/Sharon D. Cousineau
                                            Sharon D. Cousineau
                                            Samwel Cousineau, PC
                                            700 West Evergreen Blvd.
                                            Vancouver, WA 98660
                                            Tel. 360-750-3789
                                            Fax 360-750-3788
                                            sdcousineau@gmail.com

PLAINTIFF'S COMPLAINT

Sharon D. Cousineau
Samwel Cousineau, PC
700 West Evergreen Boulevard
Vancouver, Washington 98660
Tel. 360-750-3789 / Fax 360-750-3788