**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JENNIFER KERR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-05063 |
| ) | |
| ALPHA RECOVERY CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff, JENNIFER KERR, ("Plaintiff"), through her attorney, Samwel Cousineau, PC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: June 19, 2017                    RESPECTFULLY SUBMITTED,

                                               By: /s/Sharon D. Cousineau_____
                                                  Sharon D. Cousineau
                                                  Samwel Cousineau, PC
                                                  700 West Evergreen Blvd.
                                                  Vancouver, WA 98660
                                                  Tel. 360-750-3789
                                                  Fax 360-750-3788
                                                  sdcousineau@gmail.com

## **CERTIFICATE OF SERVICE**

On June 19, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Kevin Farrell, at farrell.lawoffice@gmail.com.

By: /s/Sharon D. Cousineau
Sharon D. Cousineau