**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JENNIFER KERR, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>ALPHA RECOVERY CORPORATION, )<br> )<br> Defendant. ) | Case No. 4:17-cv-05063 |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, JENNIFER KERR ("Plaintiff"), through her attorney, Samwel Cousineau, PC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, ALPHA RECOVERY CORPORATION.


DATED:  August 3, 2017 RESPECTFULLY SUBMITTED,

 By:  /s/Sharon D. Cousineau_____
 Sharon D. Cousineau
 Samwel Cousineau, PC
 700 West Evergreen Blvd.
 Vancouver, WA 98660
 Tel. 360-750-3789
 Fax 360-750-3788
 sdcousineau@gmail.com

1

## **CERTIFICATE OF SERVICE**

On August 3, 2017, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Kevin Farrell, at farrell.lawoffice@gmail.com.

By: /s/Sharon D. Cousineau_____
Sharon D. Cousineau