UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER KERR,<br><br>                 Plaintiff,<br><br>  v.<br><br>ALPHA RECOVERY CORPORATION,<br><br>                 Defendant. | NO: 4:17-CV-5063-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 7. Having reviewed the Notice and the record, the Court finds good cause to approve the dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The Notice of Voluntary Dismissal, **ECF No. 7**, is **APPROVED**. Plaintiff's Complaint is **dismissed with prejudice** and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

///

///

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1 |    3. All scheduled court hearings, if any, are **STRICKEN**.

2 |    **IT IS SO ORDERED**. The District Court Clerk is directed to enter this

3 | Order, provide copies to counsel, and **close this case**.

4 |    **DATED** August 3, 2017.

                                  *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                                United States District Judge